PROB 12B
(7/93)

Report Date: February 17, 2006

# United States District Court

## for the

## Eastern District of Washington



## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Peter A. Martin   Case Number: 2:02CR00130-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 10/03/2002   Type of Supervision:   Supervised Release

Original Offense: Conspiracy to Commit Mail Fraud and Damage Property Used in Interstate Commerce, 18 U.S.C. § 371; Use of Fire to Commit a Federal Felony, 18 U.S.C. § 844(h)

Date Supervision Commenced: 03/29/2005

Original Sentence: Prison - 40 months; TSR - 36 months

Date Supervision Expires: March 28, 2008

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Mr. Martin's supervised release status commenced March 29, 2005. The District of Oregon in Salem accepted supervision of his case at that time. Due to the Ninth Circuit Court of Appeals decision in U.S. V. Stephens, the U.S. Probation Office in the District of Oregon is requesting a modification for drug testing. Additionally, the offender has a history of substance abuse problems.

You will note that the offender signed the "Waiver of Hearing to Modify Conditions of Supervised Release" on January 20, 2006. In that modification Mr. Martin agreed to up to 8 urinalysis samples being taken from him per month. The District of Oregon's policy regarding the U.S. v. Stephens ruling is to test up to 8 times per month, but the Eastern District of Washington's policy is to test up to 6 tests per month. This officer has spoken with the supervising officer in Oregon and they are willing to follow the Eastern District of Washington's policy of up to 6 tests per month.

Prob 12B
**Re: Martin, Peter
February 17, 2006
Page 2**

Unless the Court desires this officer to have the offender sign an amended modification to reflect up to 6 urine tests per month, the District of Oregon and this office believe no amended waiver is needed from the offender. This decision has been made based on the fact that this modification is to the offender's benefit.

Respectfully submitted,

by Brenda J. Kuest
U.S. Probation Officer
Date: February 17, 2006

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

February 21, 2006
Date